# EXHIBIT 3

**EXHIBIT 5.6**

**Claim Chart for Infringement of U.S. Patent No. 8,172,116**
**by the Baby Tula Free-to-Grow Baby Carrier**

This chart describes infringement of U.S. Patent No. 8,172,116 patent ("the '116 patent") by the Baby Tula Free-to-Grow Baby Carrier ("Free-to-Grow Carrier") as an exemplary product. The Free-to-Grow Carrier infringes the specified claims literally and under the doctrine of equivalents. The infringement analysis in this chart is preliminary and Complainant's investigation is ongoing. Complainant reserves the right to provide additional theories under which Respondent's products infringe the '116 patent, or evidence to support its current theories, upon obtaining discovery from Respondent.

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| 1 | A carrier for transporting a child by a transporting individual, comprising: | The Free-to-Grow Carrier is a carrier for transporting a child by a transporting individual.<br><br><br><br>*See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |
| 1[a] | a torso support part [1-A1] configured to support the torso of the child placed in the carrier; | <br><br>*See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |

EX. 5.6 - Page 2 of 45

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| 1[b] | a left shoulder strap [1-B1] having an upper [1-B2] and a lower [1-B3] left-strap ends configured for coupling to the torso support part [1-A1] at respectively an upper left coupling point [1-B4] and a lower left coupling point [1-B5] on the torso support part [1-A1]; |  *See* Exhibit 5.6.1 (product images).  *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| 1[c] | a right shoulder strap [1-C1] having an upper [1-C2] and a lower [1-C3] right-strap ends configured for coupling to the torso support part [1-A1] at respectively an upper right coupling point [1-C4] and a lower right coupling point [1-C5] on the torso support part [1-A1]; | *See* Exhibit 5.6.1 (product images).<br><br>*See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |
| 1[d] | a seat support part [1-D1] coupled to the torso support part [1-A1] and configured to support the posterior of the child, | "configurable to optionally support at least part of the [] thigh of the child": |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| | wherein the seat support part [1-D1] comprises a left upper-leg-support part [1-D2] disposed on the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [1-D3] disposed on the right side of the seat support part and configurable to optionally support at least part of the right thigh of the child and otherwise not support the right thigh of the child; and | <br><br>*See* Exhibit 5.6.1 (product images).<br><br><br><br>*See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier.<br><br>"otherwise not support the [] thigh of the child": |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|------------|-------------------------------------|
|       |            |  *See* Exhibit 5.6.1 (product images).  *See* Exhibit 5.6.1 (product images). |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| 1[e] | a hip belt [1-E1] coupled to the seat support part [1-D1] and configured for securing about the hips of the transporting individual, | *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier.<br><br>*See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |

EX. 5.6 - Page 7 of 45

EXHIBIT 3, Page 56

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| 1[f] | wherein at least one of the upper leg-support parts [1-D2 or 1-D3] is coupled to the hip belt [1-E1] by a fastening device [1-F1] selected from the group consisting of mating areas of a hook and loop type fastener on that upper-leg-support part and the hip belt and mating snaps [1-F2] on that upper-leg-support part and the hip belt. | <br>*See* Exhibit 5.6.1 (product images).<br><br><br>*See* Exhibit 5.6.1 (product images). |
| 2 | The carrier as recited in claim 1, further comprising: | *See* above analysis. |

EX. 5.6 - Page 8 of 45

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|---|---|---|
| 2[a] | a first fastener [2-A1] coupled to the left shoulder strap [1-B1] proximate the lower left-strap end [1-B3]; | <br>*See* Exhibit 5.6.1 (product images). |
| 2[b] | a second fastener [2-B1] coupled to the torso support part [1-A1] proximate the lower left coupling point [1-B5], wherein the first fastener [2-A1] is configured for coupling to the second fastener [2-B1]; | <br>*See* Exhibit 5.6.1 (product images). |

EX. 5.6 - Page 9 of 45

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| 2[c] | a third fastener [2-C1] coupled to the right shoulder strap [1-C1] proximate the lower right-strap end [1-C3]; and | <br>*See* Exhibit 5.6.1 (product images). |
| 2[d] | a fourth fastener [2-D1] coupled to the torso support part [1-A1] proximate the lower right coupling point [1-C5], wherein the third fastener [2-C1] is configured for coupling to the fourth fastener [2-D1]. |  |
| 5 | The carrier as recited in claim 1, | *See* above analysis. |

EX. 5.6 - Page 10 of 45

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| 5[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [5-A1], on the hip, or on the front [5-A2] of the transporting individual. | **[5-A1]**  *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier.  **[5-A2]**  *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |
| 6 | The carrier as recited in claim 5, | *See* above analysis. |

EX. 5.6 - Page 11 of 45

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| 6[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [6-A1], | **[6-A1]**  *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |
| 6[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual, | |
| 6[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [6-C1] or facing away from the transporting individual [6-C2]. | **[6-C1]**  |

EX. 5.6 - Page 12 of 45

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|---|---|---|
| | | *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier.<br><br><br><br>**[6-C2]**<br><br>*See* Exhibit 5.6.1 (product images). |
| 7 | The carrier as recited in claim 1, | *See* above analysis. |
| 7[a] | wherein at least one of the upper leg-support parts [1-D2 or 1-D3] comprises a sleeve [7-A1] and wherein the at least one of the upper leg-support parts [1-D2 or 1-D3] can be coupled to the hip belt [1-E1] by passing a portion of the hip belt [7-A2] through the sleeve opening [7-A3] providing, thereby, at least partial support for one of the thighs of the child [7-A4]. | <br><br>**[7-A4]**  **[7-A4]**<br>**[1-D2]**  **[1-D3]**<br>**[1-E1]**<br><br>*See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |

EX. 5.6 - Page 13 of 45

**EXHIBIT 3, Page 62**

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
|       |           |  *See Exhibit 5.6.1 (product images).* |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| | |  *See* Exhibit 5.6.1 (product images).  *See* Exhibit 5.6.1 (product images). |
| 9 | A carrier for transporting a child by a transporting individual, comprising: | The Free-to-Grow Carrier is a carrier for transporting a child by a transporting individual. |

EX. 5.6 - Page 15 of 45

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|---|---|---|
| | |  *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |
| 9[a] | a torso support part [9-A1] configured to support the torso of the child placed in the carrier; |  *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| 9[b] | a left shoulder strap [9-B1] having an upper [9-B2] and a lower [9-B3] left-strap ends configured for coupling to the torso support part [9-A1] at respectively an upper left coupling point [9-B4] and a lower left coupling point [9-B5] on the torso support part [9-A1]; | <br><br>*See* Exhibit 5.6.1 (product images).<br><br><br><br>*See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|---|---|---|
| 9[c] | a right shoulder strap [9-C1] having an upper [9-C2] and a lower [9-C3] right-strap ends configured for coupling to the torso support part [9-A1] at respectively an upper right coupling point [9-C4] and a lower right coupling point [9-C5] on the torso support part [9-A1]; | <br>*See* Exhibit 5.6.1 (product images).<br><br><br>*See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |
| 9[d] | a seat support part [9-D1] coupled to the torso support part [9-A1] and configured to support the posterior of the child, | "configurable to optionally support at least part of the [] thigh of the child": |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|--------------------------------------|
|  | wherein the seat support part [9-D1] comprises a left upper-leg-support part [9-D2] disposed on the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [9-D3] disposed on the right side of the seat support part and configurable to optionally support at least part of the right thigh of the child and otherwise not support the right thigh of the child; and |  *See* Exhibit 5.6.1 (product images).  *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. "otherwise not support the [] thigh of the child": |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
|       |           |   *See* Exhibit 5.6.1 (product images).   *See* Exhibit 5.6.1 (product images). |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|--------------------------------------|
| 9[e] | a hip belt [9-E1] coupled to the seat support part [9-D1] and configured for securing about the hips of the transporting individual, |  *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier.  *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| 9[f] | wherein if one of the upper-leg-support parts [9-D2 or 9-D3] is decoupled from the hip belt [9-E1], that upper-leg-support part is configured such that it is foldable against [9-F1] the seat support part [9-D1] and/or against the torso support part [9-A1]. | <br>*See* Exhibit 5.6.1 (product images).<br><br><br>*See* Exhibit 5.6.1 (product images). |
| 11 | The carrier as recited in claim 9, further comprising: | *See* above analysis. |

EX. 5.6 - Page 22 of 45

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| 11[a] | a first fastener [11-A1] coupled to the left shoulder strap [9-B1] proximate the lower left-strap end [9-B3]; | <br>*See* Exhibit 5.6.1 (product images). |
| 11[b] | a second fastener [11-B1] coupled to the torso support part [9-A1] proximate the lower left coupling point [9-B5], wherein the first fastener [11-A1] is configured for coupling to the second fastener [11-B1]; | <br>*See* Exhibit 5.6.1 (product images). |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| 11[c] | a third fastener [11-C1] coupled to the right shoulder strap [9-C1] proximate the lower right-strap end [9-C3]; and | <br>*See* Exhibit 5.6.1 (product images). |
| 11[d] | a fourth fastener [11-D1] coupled to the torso support part [9-A1] proximate the lower right coupling point [9-C5], wherein the third fastener [11-C1] is configured for coupling to the fourth fastener [11-D1]. | <br>*See* Exhibit 5.6.1 (product images). |
| 14 | The carrier as recited in claim 9, | *See* above analysis. |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|---|---|---|
| 14[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [14-A1], on the hip, or on the front [14-A2] of the transporting individual. | **[14-A1]**  *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. **[14-A2]**  *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |
| 15 | The carrier as recited in claim 14, | *See* above analysis. |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| 15[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [15-A1], | **[15-A1]**  *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |
| 15[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual, | |
| 15[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [15C-1] or facing away from the transporting individual [15-C2]. | **[15-C1]**  *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |

EX. 5.6 - Page 26 of 45

**EXHIBIT 3, Page 75**

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|---|---|---|
| | | <br>**[15-C2]**<br><br>*See* Exhibit 5.6.1 (product images). |
| 16 | The carrier as recited in claim 9, | *See* above analysis. |
| 16[a] | wherein at least one of the upper leg-support parts [9-D2 or 9-D3] comprises a sleeve [16-A1] and wherein the at least one of the upper leg-support parts [9-D2 or 9-D3] can be coupled to the hip belt [9-E1] by passing a portion of the hip belt [16-A2] through the sleeve opening [16-A3] providing, thereby, at least partial support for one of the thighs of the child [16-A4]. | <br>*See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |

EX. 5.6 - Page 27 of 45

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| | |  |

*See Exhibit 5.6.1 (product images).*

*See Exhibit 5.6.1 (product images).*

EX. 5.6 - Page 28 of 45

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|---|---|---|
| | |   *See* Exhibit 5.6.1 (product images). |
| 18 | A carrier for transporting a child by a transporting individual, comprising: | The Free-to-Grow Carrier is a carrier for transporting a child by a transporting individual.    *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |

EX. 5.6 - Page 29 of 45

EXHIBIT 3, Page 78

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|---|---|---|
| 18[a] | a torso support part [18-A1] configured to support the torso of the child placed in the carrier; | <br>*See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |
| 18[b] | a left shoulder strap [18-B1] having an upper [18-B2] and a lower [18-B3] left-strap ends configured for coupling to the torso support part [18-A1] at respectively an upper left coupling point [18-B4] and a lower left coupling point [18-B5] on the torso support part [18-A1]; | <br>*See* Exhibit 5.6.1 (product images). |

EX. 5.6 - Page 30 of 45

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|---|---|---|
| | |  *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |
| 18[c] | a right shoulder strap [18-C1] having an upper [18-C2] and a lower [18-C3] right-strap ends configured for coupling to the torso support part [18-A1] at respectively an upper right coupling point [18-C4] and a lower right coupling point [18-C5] on the torso support part [18-A1]; |  *See* Exhibit 5.6.1 (product images). |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|---|---|---|
| | |   *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |
| 18[d] | a seat support part [18-D1] coupled to the torso support part [18-A1] and configured to support the posterior of the child, wherein the seat support part [18-D1] comprises a left upper-leg-support part [18-D2] disposed on the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [18-D3] disposed on the right side of the seat support part and configurable to optionally support at least part of the right | "configurable to optionally support at least part of the [] thigh of the child":  *See* Exhibit 5.6.1 (product images). |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
|  | thigh of the child and otherwise not support the right thigh of the child; and |  |

*See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier.

"otherwise not support the [] thigh of the child":

*See* Exhibit 5.6.1 (product images).

EXHIBIT 3, Page 82

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|---|---|---|
| | | <br>*See* Exhibit 5.6.1 (product images). |
| 18[e] | a hip belt [18-E1] coupled to the seat support part [18-D1] and configured for securing about the hips of the transporting individual, | <br>*See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |

EX. 5.6 - Page 34 of 45

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| | | <br>*See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |
| 18[f] | wherein the left upper-leg-support part [18-D2] is further configured for coupling to the left side of the hip belt [18-F1], | <br>*See* Exhibit 5.6.1 (product images). |

EX. 5.6 - Page 35 of 45

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|------------|-------------------------------------|
| 18[g] | wherein the right upper-leg-support part [18-D3] is further configured for coupling to the right side of the hip belt [18-G1]. |  *See* Exhibit 5.6.1 (product images). |
| 19 | The carrier as recited in claim 18, | *See* above analysis. |
| 19[a] | wherein if the left upper-leg-support part [18-D2] is coupled to the left side of the hip belt [18-F1] and the right upper-leg-support part [18-D3] is coupled to the right side of the hip belt [18-G1], the left upper-leg-support part [18-D2] and the right upper-leg-support part [18-D3] are configured for supporting the child's thighs proximately perpendicular [19-A1] to the child's body, and |  *See* Exhibit 5.6.1 (product images). "Setting 3 – The Widest Setting: Secure snap A to snap 3, snap B to snap 2, and snap C to snap 1." *See Exhibit 5.6.1 (product images)..* |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| | | <br><br>*See Exhibit 5.6.1 (product images).*<br><br>*See Exhibit 5.6.1 (product images).* |

EX. 5.6 - Page 37 of 45

EXHIBIT 3, Page 86

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|---|---|---|
| | |  *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |
| 19[b] | wherein if the left upper-leg-support part [18-D2] is decoupled from the left side of the hip belt [18-F1] and the right upper-leg-support part [18-D3] is decoupled from the right side of the hip belt [18-G1], the left upper-leg-support part [18-D2] and the right upper-leg-support part [18-D3] are configured to enable the child's thighs to hang proximately parallel [19-B1] to the child's body. |  *See* Exhibit 5.6.1 (product images). |
| 20 | The carrier as recited in claim 18, further comprising: | *See* above analysis. |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| 20[a] | a first fastener [20-A1] coupled to the left shoulder strap [18-B1] proximate the lower left-strap end [18-B3]; |  *See* Exhibit 5.6.1 (product images). |
| 20[b] | a second fastener [20-B1] coupled to the torso support part [18-A1] proximate the lower left coupling point [18-B5], wherein the first fastener [20-A1] is configured for coupling to the second fastener [20-B1]; |  *See* Exhibit 5.6.1 (product images). |

EX. 5.6 - Page 39 of 45

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| 20[c] | a third fastener [20-C1] coupled to the right shoulder strap [18-C1] proximate the lower right-strap end [18-C3]; and | <br>*See* Exhibit 5.6.1 (product images). |
| 20[d] | a fourth fastener [20-D1] coupled to the torso support part [18-A1] proximate the lower right coupling point [18-C5], wherein the third fastener [20-C1] is configured for coupling to the fourth fastener [20-D1]. | <br>*See* Exhibit 5.6.1 (product images). |
| 23 | The carrier as recited in claim 18, | *See* above analysis. |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| 23[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [23-A1], on the hip, or on the front [23-A2] of the transporting individual. | **[23-A1]**<br><br>*See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier.<br><br>**[23-A2]**<br><br>*See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |
| 24 | The carrier as recited in claim 23, | *See* above analysis. |

EX. 5.6 - Page 41 of 45

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|---|---|---|
| 24[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [24-A1], | **[24-A1]**  *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |
| 24[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual, | |
| 24[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [24-C1] or facing away from the transporting individual [24-C2]. | **[24-C1]**  *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |

**EXHIBIT 3, Page 91**

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| | |  |
| | | *See* Exhibit 5.6.1 (product images). |
| 25 | The carrier as recited in claim 18, | *See* above analysis. |
| 25[a] | wherein at least one of the upper leg-support parts [18-D2 or 18-D3] comprises a sleeve [25-A1] and wherein the at least one of the upper leg-support parts [18-D2 or 18-D3] can be coupled to the hip belt [18-E1] by passing a portion of the hip belt [25-A2] through the sleeve opening [25-A3] providing, thereby, at least partial support for one of the thighs of the child [25-A4]. |  *See* www.babytula.com/collections/free-to-grow-baby-carriers/products/stormy-tula-free-to-grow-baby-carrier. |

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
| | |  |

*See Exhibit 5.6.1 (product images).*

| Claim | Claim Text | Baby Tula Free-to-Grow Baby Carrier |
|-------|-----------|-------------------------------------|
|       |           |  *See* Exhibit 5.6.1 (product images). |

# ADJUSTING THE WIDTH

Start by adjusting the base of the carrier to the width appropriate for the baby's size. (See previous page for guidance)

Secure the front of the panel by snapping the male snaps into the female snaps located on the inside of the waist belt padding.

Setting 1   The Narrowest Setting: Secure snap A to snap 1

Setting 2   The Middle Setting: Secure snap A to snap 2, and secure snap B to snap 1

Setting 3   The Widest Setting: Secure snap A to snap 3, snap B snap 2, and snap C to snap 1

**Base Adjusters**



Base Adjusters cont.





**EXHIBIT 3, Page 96**



**EXHIBIT 3, Page 97**



**EXHIBIT 3, Page 98**



EXHIBIT 3, Page 99



**EXHIBIT 3, Page 100**

**EXHIBIT 5.7**

**Claim Chart for Infringement of U.S. Patent No. 8,172,116
by the Baby Tula Explore Baby Carrier**

This chart describes infringement of U.S. Patent No. 8,172,116 patent ("the '116 patent") by the Baby Tula Explore Baby Carrier ("Explore") as an exemplary product.  The Explore infringes the specified claims literally and under the doctrine of equivalents.  The infringement analysis in this chart is preliminary and Complainant's investigation is ongoing.  Complainant reserves the right to provide additional theories under which Respondent's products infringe the '116 patent, or evidence to support its current theories, upon obtaining discovery from Respondent.

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| 1 | A carrier for transporting a child by a transporting individual, comprising: | The Explore is a carrier for transporting a child by a transporting individual.  *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| 1[a] | a torso support part [1-A1] configured to support the torso of the child placed in the carrier; |  **[1-A1]** *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

EXHIBIT 3, Page 103

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| 1[b] | a left shoulder strap [1-B1] having an upper [1-B2] and a lower [1-B3] left-strap ends configured for coupling to the torso support part [1-A1] at respectively an upper left coupling point [1-B4] and a lower left coupling point [1-B5] on the torso support part [1-A1]; |  *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

EX. 5.7 - Page 4 of 54

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| 1[c] | a right shoulder strap [1-C1] having an upper [1-C2] and a lower [1-C3] right-strap ends configured for coupling to the torso support part [1-A1] at respectively an upper right coupling point [1-C4] and a lower right coupling point [1-C5] on the torso support part [1-A1]; |   *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |
| 1[d] | a seat support part [1-D1] coupled to the torso support part [1-A1] and configured to support the posterior of the child, wherein the seat support part [1-D1] comprises a left upper-leg-support part [1-D2] disposed on the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [1-D3] disposed on the right side of the seat | "configurable to optionally support at least part of the [] thigh of the child": |

EX. 5.7 - Page 5 of 54

| Claim | Claim Text | Baby Tula Explore |
|---|---|---|
| | support part and configurable to optionally support at least part of the right thigh of the child and otherwise not support the right thigh of the child; and |  |

*See* Exhibit 5.7.1 (product images).

*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.*

EX. 5.7 - Page 6 of 54

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| | | "otherwise not support the [] thigh of the child":<br><br><br><br>*See* Exhibit 5.7.1 (product images).<br><br>*See* Exhibit 5.7.1 (product images). |

EXHIBIT 3, Page 107

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| | | <br>*See* Exhibit 5.7.1 (product images). |
| 1[e] | a hip belt [1-E1] coupled to the seat support part [1-D1] and configured for securing about the hips of the transporting individual, | |

EX. 5.7 - Page 8 of 54

| Claim | Claim Text | Baby Tula Explore |
|---|---|---|
| | | *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.*<br><br><br><br>*See* Exhibit 5.7.1 (product images). |
| 1[f] | wherein at least one of the upper leg-support parts [1-D2 or 1-D3] is coupled to the hip belt [1-E1] by a fastening device [1-F1] selected from the group consisting of mating areas of a hook and loop type fastener on that upper-leg-support part and the hip belt and mating snaps [1-F2] on that upper-leg-support part and the hip belt. | <br><br>*See* Exhibit 5.7.1 (product images). |

EX. 5.7 - Page 9 of 54

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| | | <br><br>*See* Exhibit 5.7.1 (product images). |
| 2 | The carrier as recited in claim 1, further comprising: | *See* above analysis. |
| 2[a] | a first fastener [2-A1] coupled to the left shoulder strap [1-B1] proximate the lower left-strap end [1-B3]; | <br><br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

EX. 5.7 - Page 10 of 54

| Claim | Claim Text | Baby Tula Explore |
|---|---|---|
| 2[b] | a second fastener [2-B1] coupled to the torso support part [1-A1] proximate the lower left coupling point [1-B5], wherein the first fastener [2-A1] is configured for coupling to the second fastener [2-B1]; |  *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

EXHIBIT 3, Page 111

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| 2[c] | a third fastener [2-C1] coupled to the right shoulder strap [1-C1] proximate the lower right-strap end [1-C3]; and | <br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |
| 2[d] | a fourth fastener [2-D1] coupled to the torso support part [1-A1] proximate the lower right coupling point [1-C5], wherein the third fastener [2-C1] is configured for coupling to the fourth fastener [2-D1]. | <br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

EX. 5.7 - Page 12 of 54

**EXHIBIT 3, Page 112**

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| 5 | The carrier as recited in claim 1, | *See* above analysis. |
| 5[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [5-A1], on the hip, or on the front [5-A2] of the transporting individual. | **[5-A1]**  *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* **[5-A2]**  *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

EX. 5.7 - Page 13 of 54

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| 6 | The carrier as recited in claim 5, | *See* above analysis. |
| 6[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [6-A1], | **[6-A1]**  *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |
| 6[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual, | |

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| 6[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [6-C1] or facing away from the transporting individual [6-C2]. | **[6-C1]**<br><br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.*<br><br>**[6-C2]**<br><br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

EX. 5.7 - Page 15 of 54

**EXHIBIT 3, Page 115**

| Claim | Claim Text | Baby Tula Explore |
|---|---|---|
| | | |
| 7 | The carrier as recited in claim 1, | *See* above analysis. |
| 7[a] | wherein at least one of the upper leg-support parts [1-D2 or 1-D3] comprises a sleeve [7-A1] and wherein the at least one of the upper leg-support parts [1-D2 or 1-D3] can be coupled to the hip belt [1-E1] by passing a portion of the hip belt [7-A2] through the sleeve opening [7-A3] providing, thereby, at least partial support for one of the thighs of the child [7-A4]. |  *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|



*See* Exhibit 5.7.1 (product images).

*See* Exhibit 5.7.1 (product images).

EX. 5.7 - Page 17 of 54

EXHIBIT 3, Page 117

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| | |  |
| | | *See* Exhibit 5.7.1 (product images). |
| 9 | A carrier for transporting a child by a transporting individual, comprising: | The Explore is a carrier for transporting a child by a transporting individual.  *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

| Claim | Claim Text | Baby Tula Explore |
|---|---|---|
| 9[a] | a torso support part [9-A1] configured to support the torso of the child placed in the carrier; |  **[9-A1]** *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| 9[b] | a left shoulder strap [9-B1] having an upper [9-B2] and a lower [9-B3] left-strap ends configured for coupling to the torso support part [9-A1] at respectively an upper left coupling point [9-B4] and a lower left coupling point [9-B5] on the torso support part [9-A1]; |  *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

EX. 5.7 - Page 20 of 54

| Claim | Claim Text | Baby Tula Explore |
|---|---|---|
| 9[c] | a right shoulder strap [9-C1] having an upper [9-C2] and a lower [9-C3] right-strap ends configured for coupling to the torso support part [9-A1] at respectively an upper right coupling point [9-C4] and a lower right coupling point [9-C5] on the torso support part [9-A1]; |  *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |
| 9[d] | a seat support part [9-D1] coupled to the torso support part [9-A1] and configured to support the posterior of the child, wherein the seat support part [9-D1] comprises a left upper-leg-support part [9-D2] disposed on the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [9-D3] disposed on the right side of the seat | "configurable to optionally support at least part of the [] thigh of the child": |

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| | support part and configurable to optionally support at least part of the right thigh of the child and otherwise not support the right thigh of the child; and |  *See* Exhibit 5.7.1 (product images). *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

EX. 5.7 - Page 22 of 54

| Claim | Claim Text | Baby Tula Explore |
|---|---|---|
| | |  |

| Claim | Claim Text | Baby Tula Explore |
|---|---|---|
| | |  *See* Exhibit 5.7.1 (product images). |
| 9[e] | a hip belt [9-E1] coupled to the seat support part [9-D1] and configured for securing about the hips of the transporting individual, | |

EX. 5.7 - Page 24 of 54

EXHIBIT 3, Page 124

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| | | *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.*<br><br><br><br>*See* Exhibit 5.7.1 (product images). |
| 9[f] | wherein if one of the upper-leg-support parts [9-D2 or 9-D3] is decoupled from the hip belt [9-E1], that upper-leg-support part is configured such that it is foldable against [9-F1] the seat support part [9-D1] and/or against the torso support part [9-A1]. | <br><br>*See* Exhibit 5.7.1 (product images). |

| Claim | Claim Text | Baby Tula Explore |
|---|---|---|
| 11 | The carrier as recited in claim 9, further comprising: | *See* above analysis. |
| 11[a] | a first fastener [11-A1] coupled to the left shoulder strap [9-B1] proximate the lower left-strap end [9-B3]; | <br><br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

EX. 5.7 - Page 26 of 54

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| 11[b] | a second fastener [11-B1] coupled to the torso support part [9-A1] proximate the lower left coupling point [9-B5], wherein the first fastener [11-A1] is configured for coupling to the second fastener [11-B1]; |  *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |
| 11[c] | a third fastener [11-C1] coupled to the right shoulder strap [9-C1] proximate the lower right-strap end [9-C3]; and |  |

| Claim | Claim Text | Baby Tula Explore |
|---|---|---|
|  |  | *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |
| 11[d] | a fourth fastener [11-D1] coupled to the torso support part [9-A1] proximate the lower right coupling point [9-C5], wherein the third fastener [11-C1] is configured for coupling to the fourth fastener [11-D1]. |  *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |
| 14 | The carrier as recited in claim 9, | *See* above analysis. |

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| 14[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [14-A1], on the hip, or on the front [14-A2] of the transporting individual. | **[14-A1]**<br><br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.*<br><br>**[14-A2]**<br><br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

EX. 5.7 - Page 29 of 54

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
|  |  |  |
| 15 | The carrier as recited in claim 14, | *See* above analysis. |
| 15[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [15-A1], | **[15-A1]**<br><br><br><br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |
| 15[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual, |  |

EX. 5.7 - Page 30 of 54

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| 15[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [15C-1] or facing away from the transporting individual [15-C2]. | **[15-C1]**<br><br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.*<br><br>**[15-C2]**<br><br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

EX. 5.7 - Page 31 of 54

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| | | |
| 16 | The carrier as recited in claim 9, | *See* above analysis. |
| 16[a] | wherein at least one of the upper leg-support parts [9-D2 or 9-D3] comprises a sleeve [16-A1] and wherein the at least one of the upper leg-support parts [9-D2 or 9-D3] can be coupled to the hip belt [9-E1] by passing a portion of the hip belt [16-A2] through the sleeve opening [16-A3] providing, thereby, at least partial support for one of the thighs of the child [16-A4]. | <br><br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

EXHIBIT 3, Page 132

| Claim | Claim Text | Baby Tula Explore |
|-------|------------|-------------------|
|       |            |  |

*See* Exhibit 5.7.1 (product images).

*See* Exhibit 5.7.1 (product images).

EX. 5.7 - Page 33 of 54

| Claim | Claim Text | Baby Tula Explore |
|---|---|---|
| | | <br>*See* Exhibit 5.7.1 (product images). |
| 18 | A carrier for transporting a child by a transporting individual, comprising: | The Explore is a carrier for transporting a child by a transporting individual.<br><br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier*. |

EXHIBIT 3, Page 134

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| 18[a] | a torso support part [18-A1] configured to support the torso of the child placed in the carrier; |   **[18-A1]**  *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| 18[b] | a left shoulder strap [18-B1] having an upper [18-B2] and a lower [18-B3] left-strap ends configured for coupling to the torso support part [18-A1] at respectively an upper left coupling point [18-B4] and a lower left coupling point [18-B5] on the torso support part [18-A1]; |   *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

| Claim | Claim Text | Baby Tula Explore |
|-------|------------|-------------------|
| 18[c] | a right shoulder strap [18-C1] having an upper [18-C2] and a lower [18-C3] right-strap ends configured for coupling to the torso support part [18-A1] at respectively an upper right coupling point [18-C4] and a lower right coupling point [18-C5] on the torso support part [18-A1]; | <br><br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |
| 18[d] | a seat support part [18-D1] coupled to the torso support part [18-A1] and configured to support the posterior of the child, wherein the seat support part [18-D1] comprises a left upper-leg-support part [18-D2] disposed on the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [18-D3] disposed on the right side of the seat | "configurable to optionally support at least part of the [] thigh of the child": |

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| | support part and configurable to optionally support at least part of the right thigh of the child and otherwise not support the right thigh of the child; and | <br>*See* Exhibit 5.7.1 (product images).<br><br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

EX. 5.7 - Page 38 of 54

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| | | "otherwise not support the [] thigh of the child":  *See* Exhibit 5.7.1 (product images). *See* Exhibit 5.7.1 (product images). |

EX. 5.7 - Page 39 of 54

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| | |  *See* Exhibit 5.7.1 (product images). |
| 18[e] | a hip belt [18-E1] coupled to the seat support part [18-D1] and configured for securing about the hips of the transporting individual, | |

EX. 5.7 - Page 40 of 54

| Claim | Claim Text | Baby Tula Explore |
|-------|------------|-------------------|
| | | *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.*<br><br><br><br>*See* Exhibit 5.7.1 (product images). |
| 18[f] | wherein the left upper-leg-support part [18-D2] is further configured for coupling to the left side of the hip belt [18-F1], |  |

| Claim | Claim Text | Baby Tula Explore |
|---|---|---|
| | | *See* Exhibit 5.7.1 (product images). |
| 18[g] | wherein the right upper-leg-support part [18-D3] is further configured for coupling to the right side of the hip belt [18-G1]. |  *See* Exhibit 5.7.1 (product images). |
| 19 | The carrier as recited in claim 18, | *See* above analysis. |
| 19[a] | wherein if the left upper-leg-support part [18-D2] is coupled to the left side of the hip belt [18-F1] and the right upper-leg-support part [18-D3] is coupled to the right side of the hip belt [18-G1], the left upper-leg-support part [18-D2] and the right upper-leg-support part [18-D3] are configured for supporting the child's thighs proximately perpendicular [19-A1] to the child's body, and |  *See* Exhibit 5.7.1 (product images). |

EX. 5.7 - Page 42 of 54

| Claim | Claim Text | Baby Tula Explore |
|-------|------------|-------------------|
| | |  *See* Exhibit 5.7.1 (product images). |

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| | | *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |
| 19[b] | wherein if the left upper-leg-support part [18-D2] is decoupled from the left side of the hip belt [18-F1] and the right upper-leg-support part [18-D3] is decoupled from the right side of the hip belt [18-G1], the left upper-leg-support part [18-D2] and the right upper-leg-support part [18-D3] are configured to enable the child's thighs to hang proximately parallel [19-B1] to the child's body. |  *See* Exhibit 5.7.1 (product images).  *See* Exhibit 5.7.1 (product images). |

EXHIBIT 3, Page 144

| Claim | Claim Text | Baby Tula Explore |
|---|---|---|
| | |  *See* Exhibit 5.7.1 (product images). |
| 20 | The carrier as recited in claim 18, further comprising: | *See* above analysis. |

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| 20[a] | a first fastener [20-A1] coupled to the left shoulder strap [18-B1] proximate the lower left-strap end [18-B3]; |  *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

| Claim | Claim Text | Baby Tula Explore |
|---|---|---|
| 20[b] | a second fastener [20-B1] coupled to the torso support part [18-A1] proximate the lower left coupling point [18-B5], wherein the first fastener [20-A1] is configured for coupling to the second fastener [20-B1]; | <br><br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |
| 20[c] | a third fastener [20-C1] coupled to the right shoulder strap [18-C1] proximate the lower right-strap end [18-C3]; and |  |

| Claim | Claim Text | Baby Tula Explore |
|---|---|---|
| | | *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |
| 20[d] | a fourth fastener [20-D1] coupled to the torso support part [18-A1] proximate the lower right coupling point [18-C5], wherein the third fastener [20-C1] is configured for coupling to the fourth fastener [20-D1]. |  *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |
| 23 | The carrier as recited in claim 18, | *See* above analysis. |

EXHIBIT 3, Page 148

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| 23[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [23-A1], on the hip, or on the front [23-A2] of the transporting individual. | **[23-A1]**  *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* **[23-A2]**  *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

EX. 5.7 - Page 49 of 54

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
|       |           |                   |
| 24 | The carrier as recited in claim 23, | *See* above analysis. |
| 24[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [24-A1], | **[24-A1]**<br><br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |
| 24[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual, | |

**EXHIBIT 3, Page 150**

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| 24[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [24-C1] or facing away from the transporting individual [24-C2]. | **[24-C1]** <br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.*<br><br>**[24-C2]** <br>*See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

**EXHIBIT 3, Page 151**

| Claim | Claim Text | Baby Tula Explore |
|---|---|---|
| | | |
| 25 | The carrier as recited in claim 18, | *See* above analysis. |
| 25[a] | wherein at least one of the upper leg-support parts [18-D2 or 18-D3] comprises a sleeve [25-A1] and wherein the at least one of the upper leg-support parts [18-D2 or 18-D3] can be coupled to the hip belt [18-E1] by passing a portion of the hip belt [25-A2] through the sleeve opening [25-A3] providing, thereby, at least partial support for one of the thighs of the child [25-A4]. |  *See https://babytula.com/collections/explore-baby-carrier/products/sleepy-dust-tula-explore-baby-carrier.* |

EX. 5.7 - Page 52 of 54

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
| | |  |

*See* Exhibit 5.7.1 (product images).

*See* Exhibit 5.7.1 (product images).

| Claim | Claim Text | Baby Tula Explore |
|-------|-----------|-------------------|
|       |           |   *See* Exhibit 5.7.1 (product images). |



INSIDE OF
WAIST BAND

snaps are located
beneath waist belt
webbing

**EXHIBIT 3, Page 155**





**EXHIBIT 3, Page 157**





EXHIBIT 3, Page 159

