Don J. Mizerk, Esq. (SBN: 208477)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Ste. 2200
Chicago, Illinois 60606
Tel: (312) 655-1500
Fax: (312) 655-1501
don.mizerk@huschblackwell.com

Attorney for Defendant
BABY TULA LLC a/k/a NEW BABY TULA LLC

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLEBABY, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>BABY TULA LLC a/k/a NEW BABY TULA LLC,<br><br>      Defendant. | No. 3:19-cv-00445-H-WVG<br><br>**NOTICE OF APPEARANCE** |

**TO:   The Clerk of the Court, All Parties, and Their Counsel of Record**

   PLEASE TAKE NOTICE that Don J. Mizerk of Husch Blackwell LLP, 120 S. Riverside Plz., Ste. 2200, Chicago, IL 60606, member of the State Bar of California in good standing and admitted to practice before this Court, hereby enters his appearance in the above-captioned action as attorney for Defendant Baby Tula LLC a/k/a New Baby Tula LLC, and respectfully requests that all pleadings, notices, orders, correspondence, and other court papers in connection with this action be served upon her at the following email address: don.mizerk@huschblackwell.com.

| | | |
|---|---|---|
| 1 | Date: April 22, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/Don J. Mizerk*<br>Don J. Mizerk, Esq. (SBN: 208477) |
| 4 | | HUSCH BLACKWELL LLP<br>120 South Riverside Plaza, Ste. 2200 |
| 5 | | Chicago, Illinois 60606<br>Tel: (312) 655-1500 |
| 6 | | Fax: (312) 655-1501<br>don.mizerk@huschblackwell.com |
| 7 | | Attorney for Defendant |
| 8 | | BABY TULA LLC a/k/a NEW BABY TULA LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April, 2019, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

/s/Don J. Mizerk