Don J. Mizerk, Esq. (SBN: 208477)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Ste. 2200
Chicago, Illinois 60606
Tel: (312) 655-1500
Fax: (312) 655-1501
don.mizerk@huschblackwell.com

Attorney for Defendant
BABY TULA LLC a/k/a NEW BABY TULA LLC

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLEBABY, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>BABY TULA LLC a/k/a NEW BABY TULA LLC,<br><br>       Defendant. | No. 3:19-cv-00445-H-WVG<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO CIV. L.R. 40.2**<br><br>**JURY TRIAL DEMANDED** |

1 | Defendant Baby Tula LLC a/k/a New Baby Tula LLC ("Tula"), by and
2 | through its counsel, hereby discloses that:
3 |     1.    Tula is a party with a financial interest in the outcome of this
4 | action.
5 |     2.    The Ergo Baby Carrier Inc.; ERGO Baby Intermediate Holding
6 | Corporation; ERGO Baby Holding Corporation; EBP Lifestyle Brands
7 | Holdings, Inc.; and Compass Diversified Holdings are direct or indirect
8 | parent companies of Tula.  Compass Diversified Holdings is a publicly-held
9 | corporation.
10 |     3.    No publicly held company owns 10% or more of Tula's stock.

| | | |
|---|---|---|
| 1 | Date: April 22, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/Don J. Mizerk*<br>Don J. Mizerk, Esq. (SBN: 208477) |
| 4 | | HUSCH BLACKWELL LLP<br>120 South Riverside Plaza, Ste. 2200 |
| 5 | | Chicago, Illinois 60606<br>Tel: (312) 655-1500 |
| 6 | | Fax: (312) 655-1501<br>don.mizerk@huschblackwell.com |
| 7 | | Attorney for Defendant |
| 8 | | BABY TULA LLC a/k/a NEW BABY TULA LLC |

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April, 2019, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

*/s/Don J. Mizerk*