Don J. Mizerk, Esq. (SBN: 208477)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Ste. 2200
Chicago, Illinois 60606
Tel: (312) 655-1500
Fax: (312) 655-1501
don.mizerk@huschblackwell.com

Attorney for Defendant
BABY TULA LLC a/k/a NEW BABY TULA LLC

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLEBABY, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BABY TULA LLC a/k/a NEW BABY TULA LLC,<br><br>　　　　Defendant. | No. 3:19-cv-00445-H-WVG<br><br>**DEFENDANT'S UNOPPOSED MOTION TO STAY PENDING COMPLETION OF INTERNATIONAL TRADE COMMISSION INVESTIGATION**<br><br>Hon. Marilyn L. Huff<br><br>Hearing Date: Tue., May 28, 2019<br>Hearing Time: 10:30 a.m.<br><br>**JURY TRIAL DEMANDED** |

# NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on Tuesday, May 28, 2019, at 10:30 a.m. or at such other time as the Court may direct, before the Honorable Marilyn L. Huff, Defendant Baby Tula LLC a/k/a New Baby Tula LLC ("Tula") will, and hereby does, move the Court for a stay of this action pursuant to 28 U.S.C. § 1659(a) pending completion of U.S. International Trade Commission ("ITC") Investigation No. 337-TA-1154, as set forth in the attached proposed order.

This motion is supported by the accompanying Memorandum of Points and Authorities, and such other written and oral argument and authorities that may be presented at or before the hearing of this motion.

This motion is unopposed. Counsel for Defendant contacted counsel for Plaintiff LILLEbaby, LLC on April 2, 2019, and asked if Plaintiff would oppose a stay pursuant to 28 U.S.C. § 1659(a). On April 3, 2019, Plaintiff's counsel responded that Plaintiff would not oppose such a stay. On April 19, 2019, defense counsel sent Plaintiffs a draft of this motion, to which counsel for Plaintiff stated no opposition on April 22, 2019.

| | |
|---|---|
| Date: April 22, 2019 | Respectfully submitted,<br><br>By: */s/Don J. Mizerk*<br>Don J. Mizerk, Esq. (SBN: 208477)<br>HUSCH BLACKWELL LLP<br>120 South Riverside Plaza, Ste. 2200<br>Chicago, Illinois 60606<br>Tel: (312) 526-1546<br>Fax: (312) 655-1501<br>don.mizerk@huschblackwell.com<br><br>Attorney for Defendant<br>BABY TULA LLC a/k/a NEW BABY TULA LLC |

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April, 2019, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

*/s/Don J. Mizerk*