1  Sarah S. Brooks (SBN 266292)
   **VENABLE LLP**
2  2049 Century Park East
   Suite 2300
3  Los Angeles, CA 90067
   Telephone: (310) 229-9900
4  Facsimile: (310) 229-9901
   ssbrooks@venable.com
5
6  *Attorneys for Plaintiff*
   *LILLEbaby, LLC*
7

8  **IN THE UNITED STATES DISTRICT COURT**
9  **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11 LILLEBABY LLC, a Delaware limited liability company,

12                                              Case No. 19-cv-00445-H-WVG
            *Plaintiff*,
13
         v.                                     **PLAINTIFF'S NOTICE OF**
14                                              **DISMISSAL WITH PREJUDICE**
                                                **PURSUANT TO FED. R. CIV. P.**
15 BABY TULA LLC, a/k/a New Baby                **41(A)(1)(A)**
   Tula LLC, a Delaware limited liability
16 company,

17          *Defendant*.

18

Plaintiff LILLEbaby, LLC, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against Defendant Baby Tula LLC, with prejudice.

Defendant has filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a) is therefore appropriate.

Dated: May 1, 2020

/s/ *Sarah S. Brooks*
Sarah S. Brooks
**VENABLE LLP**
2049 Century Park East
Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
ssbrooks@venable.com

*Attorneys for Plaintiff*
*LILLEbaby, LLC*